United States District Court
Southern District of Texas
**ENTERED**
May 29, 2026
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| BLAS GONZALEZ GALVAN, | § | CIVIL ACTION NUMBER |
| Petitioner, | § | 4:26-cv-03772 |
| | § | |
| | § | |
| versus | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| RANDY TATE, *et al*, | § | |
| Respondents. | § | |

### ORDER

Petitioner Blas Gonzalez Galvan filed a petition for writ of *habeas corpus* under 28 USC §2241 on May 11, 2026. Dkt 1. Prior order directed the Government to show cause by May 18, 2026, with Petitioner to file any reply by May 22, 2026. Dkt 4.

The Government then requested and received an extension of its response deadline. Dkts 5 & 6. On May 22nd, it timely filed a motion for summary judgment, followed by an amended motion and a second amended motion. Dkts 7, 8 & 9.

The original and amended motions for summary judgment are DENIED AS MOOT. Dkts 7 & 8.

Petitioner may file any response to the second amended motion for summary judgment by June 5, 2026.

SO ORDERED.

Signed on ___May 29, 2026___ , at Houston, Texas.

_____
Honorable Charles Eskridge
United States District Judge